**AmeriCredit Financial Services, Inc. dba GM Financ**
P O Box 183853
Arlington, TX 76096

**Ascent Funding/Launch**
402 W Broadway
San Diego, CA 92101-3542

**Ascent Funding/Launch**
Attn: Bankruptcy
PO Box 91910
Sioux Falls, SD 57109-1910

**Ascent Skills Fund**
c/o Launch Servicing, LLC
PO BOX 91910
Sioux Falls, SD 57109

**Citibank N.A.**
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Citicards Cbna**
PO Box 6217
Sioux Falls, SD 57117-6217

**Citicards Cbna**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

**Discover Bank**
PO Box 30939
Salt Lake City, UT 84130-0939

**Discover Bank**
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025

**First State Bank**
24300 Little Mack
Saint Clair Shores, MI 48080

**Gm Financial**
PO Box 181145
Arlington, TX 76096-1145

**Gm Financial**
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

**Greensky,LLC**
3155 Royal Drive Suite 175
Alpharetta, GA 30022-2479

**Greensky/Gs Bank US**
PO Box 2730
Alpharetta, GA 30023

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Syncb/lowes**
PO Box 71727
Philadelphia, PA 19176

**Syncb/lowes**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

**Syncb/tjx Cos Dc**
PO Box 71737
Philadelphia, PA 19176

**Syncb/tjx Cos Dc**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

**Synchrony Bank by AIS InfoSource LP as agent**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

First State Bank of Warren
P.O. Box 29
Warren, AR 71671