United States Bankruptcy Court

Western District of Arkansas

In re:  Case No. 24-70660-rdt
Sarah Lee Marshall  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-1      User: admin      Page 1 of 2
Date Rcvd: Aug 19, 2024      Form ID: pdf03As      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah Lee Marshall, 908 Glover, Warren, AR 71671-3121 |
| 5328549 | | Ascent Funding/Launch, Attn: Bankruptcy, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 5348027 | + | Commercial Bank & Trust Company, Jessica Bradley, P.O. Box 29, Warren, AR 71671-0029 |
| 5328555 | + | First State Bank, 24300 Little Mack, Saint Clair Shores, MI 48080-3249 |
| 5345841 | + | First State Bank of Warren, P.O. Box 29, Warren, AR 71671-0029 |
| 5328558 | + | Greensky/Gs Bank US, PO Box 2730, Alpharetta, GA 30023-2730 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5330616 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 19 2024 21:51:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5328550 | | Email/Text: BKnotices@ascentfunding.com | Aug 19 2024 21:51:00 | Ascent Funding/Launch, 402 W Broadway, San Diego, CA 92101-3542 |
| 5341621 | + | Email/Text: customerservice@launchservicing.com | Aug 19 2024 21:51:35 | Ascent Skills Fund, c/o Launch Servicing, LLC, PO BOX 91910, Sioux Falls, SD 57109-1910 |
| 5338948 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 21:53:28 | Citibank N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5328552 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 21:53:31 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5328551 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 21:53:20 | Citicards Cbna, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5328553 | | Email/Text: mrdiscen@discover.com | Aug 19 2024 21:51:00 | Discover Bank, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5331097 | | Email/Text: mrdiscen@discover.com | Aug 19 2024 21:51:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5328554 | | Email/Text: mrdiscen@discover.com | Aug 19 2024 21:51:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5338200 | | Email/Text: bankruptcy@greenskycredit.com | Aug 19 2024 21:51:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 5328556 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 19 2024 21:51:00 | Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 5328557 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 19 2024 21:51:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5339849 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2024 21:53:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5328560 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 21:53:01 | Syncb/lowes, PO Box 71727, Philadelphia, PA |

| District/off: 0861-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: pdf03As | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 5328559 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 21:53:32 | 19176-1727<br>Syncb/lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5328562 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 21:53:29 | Syncb/tjx Cos Dc, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5328561 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 21:53:08 | Syncb/tjx Cos Dc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5341449 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 19 2024 21:53:11 | Synchrony Bank by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack W. Gooding | noticing@ark13.com |
| Matthew Dean Black | on behalf of Debtor Sarah Lee Marshall hsecf@dickersonlawfirm.com  black.matthewb123144@notify.bestcase.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov<br>Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: Sarah Lee Marshall             CASE NO: 1:24-bk-70660 T
                                             Chapter 13

ORDER CONFIRMING CHAPTER 13 PLAN AS MODIFIED ON July 26, 2024

The Court finds that the modified plan as filed by the debtor on July 26, 2024 complies with all provisions of Chapter 13 and with all other provisions of Title 11 of the United States Codes; that all fees, charges, or amounts required under Chapter 123 of Title 28 or by the plan, to be paid before confirmation, have been paid; that the plan has been proposed in good faith and not by any means forbidden by law; that the plan complies with Section 1325 of the United States Bankruptcy Code and that the plan should be confirmed. Therefore,

IT IS ORDERED:

1. All objections to the modified plan are withdrawn or, by entry of this order, overruled. The plan should be and hereby is confirmed. To effectuate the plan, the debtor shall pay to the Trustee according to the plan, which plan shall be in compliance with applicable federal law. The payments shall continue until further orders of the court.

2. Notwithstanding any plan term to the contrary, the debtor may not obtain a refund or disbursement from the trustee without a court order after notice and hearing, except that upon conversion to a Chapter 7 case, the Trustee is ordered to return undistributed postpetition wages or regular income to the debtor unless otherwise ordered by the court.

3. Notwithstanding the provisions of the chapter 13 plan, the Trustee shall receive such percentage fee of plan payments as may be periodically fixed by the Attorney General pursuant to 28 U.S.C. Section 586 and pursuant to 11 U.S.C. Section 1326(b)(2).

4. Whenever the plan confirmed by this order refers to the debt, debts, claim or claims of creditors, such reference shall be construed to mean allowed claim or allowed claims. The total amount of an allowed claim shall be the amount stated on a proof of claim properly filed by or on behalf of such creditor, unless the Court determines a different amount following the filing of an objection to such claim.

IT IS SO ORDERED

Date: 08/19/2024                             /s/ Richard D. Taylor

                                             Richard D. Taylor
                                             U.S. Bankruptcy Judge

cc:   Jack W Gooding
      Dickerson Law Firm (Ach)
      Sarah Lee Marshall
      All Creditors